AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

PCB Trading LLC d/b/a/ CONVERGE

**SUMMONS IN A CIVIL CASE**

V.

BOSTON COMPUTER GROUP, INC., DAVID INGEMI,
CARMEN BOSSI and MICHAEL SAIA

CASE NUMBER: **ORIGINAL**

**04 CV 12314 RGS**

TO: (Name and address of Defendant)
BOSTON COMPUTER GROUP
99 WASHINGTON STREET
MELROSE, MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard Alfred, Esq., Seyfarth Shaw LLC, Two Seaport Lane, Suite 300, Boston, MA 02210, 617-946-4800

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

November 1, 2004

CLERK                                                                DATE

*Pat Russo*

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 11 1 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas — Kv... | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where: 99 W... St Melrose Mass, in Nu... to Kathus ......son, The Person There in Charge

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-1-2004
             Date            Signature of Server

427 Beech St Weymouth Mass
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.