AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

PCB Trading LLC d/b/a/ CONVERGE

**SUMMONS IN A CIVIL CASE**

V.
BOSTON COMPUTER GROUP, INC., DAVID INGEMI,
CARMEN BOSSI and MICHAEL SAIA

CASE NUMBER: **ORIGINAL**

**04 CV 12314 RGS**

TO: (Name and address of Defendant)
Carmen Bossi
BOSTON COMPUTER GROUP
99 WASHINGTON STREET
MELROSE, MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Richard Alfred, Esq., Seyfarth Shaw LLC, Two Seaport Lane, Suite 300, Boston, MA 02210, 617-946-4800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK
_Pat Russy_
(By) DEPUTY CLERK

November 1, 2004
DATE

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  11-2-2004 |
| NAME OF SERVER *(PRINT)*  Thomas ~ Savage | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were  Jill Rossi, wife

☐ Returned _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-2-2004        _____
                  Date            Signature of Server

                                  427 Neck St Weymouth, Ma
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.