SCANNED

DATE: 11-24-04

BY: __CMS__

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PCG Trading, LLC d/b/a Converge,<br>Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 04 CV 12314 RGS<br>) |
| Boston Computer Group, Inc.,<br>David Ingemi, Carmen Bossi and Michael Saia,<br>Defendants | )<br>)<br>) |

### MOTION OF DEFENDANT, CARMEN BOSSI, FOR ENLARGEMENT OF TIME TO FILE ANSWER (BY CONSENT)

NOW COMES Carmen Bossi, a Defendant in the above-entitled action and moves that he be allotted an additional thirty (30) days for purposes of filing an answer in the above captioned matter.

Counsel for the Plaintiff consents to this motion.

WHEREUPON the Defendant, Carmen Bossi, requests this Court enlarge the time in which he is required to file an answer to include December 23, 2004.

DATED:        November 23, 2004

Assented To:

_Lynn A. Kappelman_ (signature)

Lynn A. Kappelman
Seyfarth Shaw LLP
World Trade Center East
2 Seaport Lane, Suite 300
Boston, MA 02210-2028

Respectfully Submitted,
Carmen Bossi,
by his attorney,

_Charles F. Dalton, Jr._ (signature)

Charles F. Dalton, Jr.
Dalton & Baron
68 Main Street
P.O. Box 608
Andover, MA 01810
978-470-1320
BBO #112640

DALTON & BARON
ATTORNEYS AT LAW
68 MAIN STREET
POST OFFICE BOX 608
ANDOVER,
MASSACHUSETTS 01810
(978) 470-1320

## CERTIFICATE OF SERVICE

I, Charles F. Dalton, Jr., hereby certify that on this date, a copy of the foregoing was forwarded, postage prepaid, to: Richard Alfred, Esquire, Lynn A. Kappelman, Esquire, Seyfarth Shaw LLP, World Trade Center East, 2 Seaport Lane, Suite 300, Boston, MA 02210-2028.


DATED:      November 23, 2004

Charles F. Dalton, Jr.

DALTON & BARON
ATTORNEYS AT LAW
68 MAIN STREET
POST OFFICE BOX 608
ANDOVER
MASSACHUSETTS 01810
(978) 470-1330