SCANNED
DATE: 11-29-04
BY: cwk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PCG Trading, LLC d/b/a Converge, )
        Plaintiff )
         )
         )
v.         )   CIVIL ACTION NO. 04 CV 12314 RGS
         )
         )
Boston Computer Group, Inc., )
David Ingemi, Carmen Bossi and Michael Saia, )
        Defendants )

## NOTICE OF APPEARANCE

TO THE REGISTER OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney for the Defendant, Carmen Bossi, in the above entitled case.

DATED:    November 23, 2004

Respectfully Submitted,
Carmen Bossi,
by his attorney,

_____
Charles F. Dalton, Jr.
Dalton & Baron
68 Main Street
P.O. Box 608
Andover, MA 01810
978-470-1320
BBO #112640

DALTON & BARON
ATTORNEYS AT LAW
68 MAIN STREET
POST OFFICE BOX 608
ANDOVER
MASSACHUSETTS 01810
(978) 470-1320