UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PCG TRADING, LLC D/B/A CONVERGE,<br><br>    Plaintiff,<br><br>vs.<br><br>BOSTON COMPUTER GROUP, INC.,<br>DAVID INGEMI, CARMEN BOSSI AND<br>MICHAEL SAIA,<br><br>    Defendants. | Civil Action No.  04 CV 12314RGS |

**FED. R. CIV. P. 26.1 CORPORATE DISCLOSURE STATEMENT**

Defendant, Boston Computer Group, Inc., has no parent corporations, and no publicly held company owns 10% or more of its stock.

                                          BOSTON COMPUTER GROUP, INC.,
                                          By its attorneys,


                                          /s/ *Daniel R. Deutsch*

                                          Steven J. Brooks, BBO # 059140
                                          Daniel R. Deutsch/BBO# 551744
                                          DEUTSCH WILLIAMS BROOKS
                                           DERENSIS & HOLLAND, P.C.
                                          99 Summer Street
                                          Boston, MA 02110-1213
                                          (617) 951-2300

Date:  January 4, 2005

<u>CERTIFICATE OF SERVICE</u>

    I understand that an electronic copy of the foregoing pleading will be served by the court on all counsel of record for the parties in the above-captioned action.

                                        /s/ *Daniel R. Deutsch*
                                        _____
                                        Daniel R. Deutsch