UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PCG Trading, LLC d/b/a CONVERGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BOSTON COMPUTER GROUP, INC., DAVID ) <br> INGEMI, CARMEN BOSSI and MICHAEL SAIA ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04 CV 12314 RGS |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1 and Local Rule 7.3, Plaintiff PCG Trading, LLC d/b/a Converge ("Converge") makes the following disclosures:

1. PCG Parent Corporation is the parent corporation of Converge. PCG Parent Corporation is a Delaware corporation and maintains offices at 4 Technology Drive, Peabody, MA 01960.

2. No publicly held corporation owns 10% or more of Converge's stock.

Respectfully submitted,
PCG TRADING LLC d/b/a CONVERGE
By its Attorneys,

_____
Lynn A. Kappelman (BBO # 642017)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Ste. 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801

Dated: January 5, 2005

BO1 15689771.1

## CERTIFICATE OF SERVICE

I, Lynn A. Kappelman, hereby certify that on this 5th day of January, 2005, a true copy of the foregoing document was mailed, postage prepaid, to Daniel Deutsch, Esq., DEUTSCH WILLIAMS BROOKS DeRENSIS & HOLLAND, P.C., 99 Summer Street, Boston, MA 02110-1213 and Charles F. Dalton, Jr., Esq., DALTON & BARON, 68 Main Street, P.O. Box 608, Andover, MA 01810.

_____
Lynn A. Kappelman