# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB -1  P 12: 55

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| PCG Trading, LLC d/b/a Converge,<br>　　　　Plaintiff<br><br>　　v.<br><br>Boston Computer Group, Inc.,<br>David Ingemi, Carmen Bossi and Michael Saia,<br>　　　　Defendants | )<br>)<br>)<br>)  CIVIL ACTION NO. 04 CV 12314 RGS<br>)<br>)<br>)<br>) |

## DEFENDANT, CARMEN BOSSI'S CERTIFICATION PURSUANT TO LR 16.1 (D)(3)

Defendant, Carmen Bossi, and his attorney of record hereby certify, pursuant to LR 16.1(D)(3) that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation of this action; and (b) to consider the resolution of this litigation though the use of alternative dispute resolution programs such as those outlined in LR 16.4

DATED:    January 25, 2005

Respectfully Submitted,
Carmen Bossi,
by his attorney,

_____
Charles F. Dalton, Jr.
Dalton & Baron
68 Main Street
P.O. Box 608
Andover, MA 01810
978-470-1320
BBO #112640

_____
Carmen Bossi

## CERTIFICATE OF SERVICE

I, Charles F. Dalton, Jr., hereby certify that on this date, a copy of the foregoing was delivered, in hand, to:

1. Lynn A. Kappelman, Esquire, Seyfarth Shaw LLP, World Trade Center East, 2 Seaport Lane, Suite 300, Boston, MA 02210-2028; and
2. Daniel R. Deutsch, Esquire, 99 Summer Street, Boston, MA 02110

DATED:    January 25, 2005

Charles F. Dalton, Jr.