SCANNED
DATE: 2-8-05
BY: _____ CMS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2005 FEB -7 P 2: 40

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| PCG Trading, LLC d/b/a CONVERGE, | ) |
| Plaintiff, | ) |
| vs. | ) |
| BOSTON COMPUTER GROUP, INC., DAVID INGEMI, CARMEN BOSSI and MICHAEL SAIA | ) |
| Defendants. | ) |

Civil Action No. 04 CV 12314 RGS

## PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the Plaintiff, PCG Trading, LLC d/b/a Converge

("Plaintiff"), hereby submits this Statement Pursuant to Rule 16.1(D)(3) of the Local Rules of the

United States District Court for the District of Massachusetts and the Court's Notice of

Scheduling Conference.

Plaintiff and Plaintiff's counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

PCG TRADING, LLC d/b/a CONVERGE

_____
Peter B. Robinson, Esq.
Vice President and General Counsel

Dated: January 26, 2005

SEYFARTH SHAW LLP

_____
Richard L. Alfred (BBO # 015000)
Lynn A. Kappelman (BBO # 642017)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Ste. 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

## CERTIFICATE OF SERVICE

I, Lynn A. Kappelman, hereby certify that on this 26 day of January, 2005, a true copy of the foregoing document was mailed, postage prepaid, to Daniel Deutsch, Esq., DEUTSCH WILLIAMS BROOKS DeRENSIS & HOLLAND, P.C., 99 Summer Street, Boston, MA 02110-1213 and Charles F. Dalton, Jr., Esq., DALTON & BARON, 68 Main Street, P.O. Box 608, Andover, MA 01810.

_____
Lynn A. Kappelman

2