# SEYFARTH SHAW LLP
ATTORNEYS

Writer's direct phone
617-946-4888

Writer's e-mail
lkappelman@seyfarth.com

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801

www.seyfarth.com

*FILED IN CLERK'S OFFICE*
*2005 FEB 15 P 12:32*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

February 14, 2005

Mary Johnson
Clerk of Court
United States District Court for
The District of Massachusetts
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  PCG Trading LLC d/b/a CONVERGE v. Boston Computer Group, Inc., David Ingemi, Carmen Bossi and Michael Saia; C.A. No.: 04CV-12314-RGS

Dear Ms. Johnson:

This letter serves to inform you that the parties have settled the above-referenced matter. We have completed the settlement agreement but it is not fully executed. Once it is fully executed, we will file our Stipulation of Dismissal. In light of the foregoing, we will no longer need to have the Scheduling Conference with Judge Stearns on Thursday, February 17, 2005.

Sincerely,
SEYFARTH SHAW LLP

Lynn Kappelman

:km

cc:  Charles F. Dalton, Jr., Esq.
     Daniel R. Deutsch, Esq.
     Peter Robinson

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

BO1 15697065.1