4/26/05

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PCG TRADING, LLC d/b/a CONVERGE ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No. 04 CV 12314 RGS <br> v. ) <br> ) <br> BOSTON COMPUTER GROUP, INC., ) <br> DAVID INGEMI, CARMEN BOSSI and ) <br> MICHAEL SAIA, ) <br> ) <br> Defendants. ) | |

## STIPULATION OF DISMISSAL OF CLAIMS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, PCG Trading, LLC d/b/a Converge, and the Defendants, Boston Computer Group, Inc.; David Ingemi; Carmen Bossi; and Michael Saia, hereby stipulate to the voluntary dismissal of all of Plaintiff's claims against each of the Defendants in this action with prejudice and without costs or attorneys' fees to any party. The parties further stipulate to the dismissal of all of the cross-claims asserted by Defendants Boston Computer Group, Inc.; David Ingemi; and Michael Saia against Defendant Carmen Bossi, and by Defendant Carmen Bossi against Defendants Boston Computer Group, Inc., David Ingemi and Michael Saia, in this action with prejudice and without costs or attorneys' fees to any party.

BO1 15695933.1

The Plaintiff and each Defendant hereby waive all rights of appeal from the entry of such dismissal.

Respectfully submitted,

| | |
|---|---|
| BOSTON COMPUTER GROUP, INC., DAVID INGEMI, and MICHAEL SAIA<br>By their attorneys,<br><br>_____<br>Steven J. Brooks (BBO # 059140)<br>Daniel R. Deutsch (BBO # 551744)<br>DEUTSCH WILLIAMS BROOKS<br>    DeRENIS & HOLLAND, P.C.<br>99 Summer Street<br>Boston, MA 02110-1213<br>Telephone:    (617) 951-2300<br>Telecopier:    (617) 951-2323 | PCG TRADING, LLC d/b/a CONVERGE<br>By its attorney,<br><br>_____<br>Lynn A. Kappelman (BBO # 642017)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone:    (617) 946-4800<br>Telecopier:    (617) 946-4801 |

CARMEN BOSSI,
By his attorney,

_____
Charles F. Dalton, Jr. (BBO # 112640)
DALTON & ~~BARTON~~ BARON
68 Main Street
P.O. Box 608
Andover, MA 01810
Telephone:    (978) 470-1320
Telecopier:    (978) 470-3346

DATED: February 7, 2005